```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - -x
SHERRY D. CHAVIS,                  :
                                   :
            Plaintiff,             :
                                   :
      - v. -                       :
                                   :         ORDER
MICHAEL J. ASTRUE,                 :         00 Civ. 8131 (RWS)
Commissioner of                    :
Social Security,                   :
                                   :
            Defendant.             :
                                   :
- - - - - - - - - - - - - - - - -x
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/13/09

WHEREAS, this action was remanded to the Commissioner of Social Security (the "Commissioner") for further administrative proceedings on June 27, 2001, and

WHEREAS, on January 30, 2004, the Commissioner issued a favorable decision on plaintiff's application for benefits;

IT IS HEREBY ORDERED that this action is dismissed with prejudice and without costs to either party. The Clerk is directed to enter judgment.

Dated: New York, New York

August 12, 2009

_____
United States District Judge